# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| WHITNEY GRAVES,       * | |
|     Plaintiff,       * | |
| * | |
| vs.       * | Case No. 1:21-cv-00361-RHA |
| * | |
| OLYMPUS CORPORATION OF THE   * | |
| AMERICAS,       * | |
|     Defendant.       * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Whitney Graves and Defendant Olympus Corporation of the Americas hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff against Defendant in this action, with the parties to bear their respective costs. The parties request entry of a Final Judgment dismissing this action with prejudice. Plaintiff's attorneys consent to and authorize Defendant's counsel to submit the foregoing stipulation to the Court via electronic filing with their electronic signatures affixed.

Respectfully submitted this 20th day of September, 2021,

| | |
|---|---|
| *M. Amelia Mitta* | */s/ Scott Hetrick* |
| M. Amelia Mitta (ASB-4480-B18P) | R. Scott Hetrick (HETRR5277) |
| *with consent* | ADAMS AND REESE LLP |
| Amelia@farmerprice.com | 11 North Water St., Ste.23200 |
| | Mobile, Alabama 36602 |
| *Ashton Ott* | Phone (251) 650-0852 |
| Ashton Ott (ASB-7085-E58A) | Fax (251) 650-2060 |
| *with consent* | Email scott.hetrick@arlaw.com |
| Ashton@farmerprice.com | Attorneys for Defendant |
| FARMERPRICE LLP | |
| 100 Adris Place | |
| Dothan, AL 46303 | |
| Tel: 334/793-2424 | |
| Fax: 334/793-6624 | |
| Attorneys for Plaintiff | |