IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WHITNEY GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:21-cv-361-RAH-JTA |
| | ) |
| OLYMPUS CORPORATION OF THE AMERICAS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Parties' Joint Stipulation of Dismissal (Doc. 15), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE**, on this the 23rd day of September, 2021.

                                             /s/ R. Austin Huffaker, Jr.
                                             R. AUSTIN HUFFAKER, JR.
                                             UNITED STATES DISTRICT JUDGE